IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CAMERON QUILLIN, | No. 2:15-cv-1483 CKD P |
| Petitioner, | ORDER |
| v. | |
| DAVE DAVEY, et al., | |
| Respondents. | |

Respondents have requested an extension of time to file a response to the petition. Good cause appearing, respondents' request (ECF No. 9) is GRANTED. Respondents shall file and serve a response to the petition no later than October 21, 2015.

IT IS SO ORDERED.

Dated: September 11, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE